IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH D. GRANT, an Individual, | CIVIL CASE NO.:1:17-cv-03453-JMS-TAB |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| v. | |
| KTM NORTH AMERICA, INC.; KTM-SPORTMOTORCYLCLE AG; OWEN MOTOR SPORTS, INC.; BRINNDUSTRIES, LLC, d/b/a SPYKE'S KTM; KIEHIN NORTH AMERICA, INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO ALL REMAINING DEFENDANTS**

Plaintiff, Keith D. Grant, by counsel, hereby files his Notice of Voluntary Dismissal without prejudice as to Defendant KTM North America, Inc., Defendant KTM-Sportmotorcycle AG, and Owen Motor Sports, Inc., pursuant to F.R.C.P. 41(a)(1)(A)(i).

Respectfully Submitted:

*/s/ Fred Schultz*
Fred Schultz (IN Bar# 19554-53)
GREENE & SCHULTZ
520 North Walnut Street
Bloomington, Indiana 47404
Tel.: (812) 336-4357
Fax.: (812) 336-5615
fred@greeneschultz.com

*PRO HAC VICE* **APPLICATION PENDING**

*/s/ Donald H. Slavik*
Donald H. Slavik (CO Bar# 33860)
SLAVIK LAW FIRM, LLC
2955 Village Drive, Suite 16
Steamboat Springs, Colorado 80487
Tel.: (907) 457-1011
Fax.: (262) 878-7697
dslavik@slavik.us